FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2023

No. 04-22-00679-CV

Maria E. **ESQUIVEL DE AGUILERA**,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV00587
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was originally due November 28, 2022; however, the court granted an extension of time until December 30, 2022. The brief was not filed. Instead, on December 29, 2022 appellant filed a motion asking for an extension of time to January 13, 2023 to file the brief.

We **grant** the motion and **order** appellant to file her brief by **January 13, 2023**. Appellant is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts appellant has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court